To whom it may concern. My name is Reginald Dorsey. I am currently incarcerated in Bonham, Tx, TDCJ # is 1993027. I had an attorney by the name of Jason E. Niehaus who filed an 11.07 writ of Habeas Corpus in Denton County Tx. Mr. Niehaus fail to send in a certified copy of the word count and lied as if he Refiled the 11.07 writ on my behalf. I'm being held on crimes I didn't commit and have proof of the matter. Can someone send me the proper papers or documents I need in order to have the writ done by me while I'm here on these crimes. Back in 2012, Nov. 13th Judge Shipman of court 211th abandon the cases when I was place on community supervision by the same court all because I never been in trouble and no history of these said crimes. Is their any information one could send me to help me get the truth of the matter in both cases out. My name is Reginald Dorsey date of Birth Jan. 4th 1975 and s.s. # 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 if one need any of this information. The old mailing address was 8453 longhorn Dr. Justin Tx. Thank you in a matter such as this one.

Reginald Dorsey
Reginald Dorsey

RECEIVED IN 10/21/15
COURT OF CRIMINAL APPEALS
OCT 26 2015
Abel Acosta, Clerk

82,263-02